THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADRIAN ROSA and ANIBAL COLON, Appellants.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

ARMAND A. CIOFFI, Appellant, v. CITY OF NEW YORK et al., Respondents.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

AMEDIO PATERNO et al., Respondents, v. WASHINGTON SQUARE VILLAGE CORPORATION, et al., Defendants, and GRAND UNION COMPANY, Appellant.—

742

Concur—
Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. [28 Misc 2d 974.]